IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MESCO MANUFACTURING, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 1:19-cv-04875-JPH-TAB |
| MOTORIST MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

**MOTION FOR TIME TO FILE RESPONSE AND TO FILE MOTION TO SET ASIDE ENTRY OF DEFAULT**

Motorists Mutual Insurance Company (hereafter "MMIC"), by counsel, respectfully moves the Court for time to file a response to Plaintiff's Motion for Default Judgment and to file a Motion to Set Aside Entry of Default and, in support thereof, states as follows:

1. Plaintiff filed its application for Default Judgment on January 8, 2020.

2. The Clerk entered a default as to MMIC on March 31, 2020.

3. Plaintiff filed its Motion for Default Judgment on April 5, 2020.

4. MMIC intends to file a response to the Motion for Default Judgment and to file a Motion to Set Aside Entry of Default.

5. MMIC believes that it has viable defenses to the claims of the Plaintiff and that the entry of default by the Clerk was the result of excusable neglect on the part of MMIC's counsel.

6. MMIC requires 28 days to prepare and file its response and Motion to Set Aside.

7. Counsel for Plaintiff were advised of the intent to file this motion by email at 10:18 AM EDT on May 12, 2020 and requested to provide a position statement. As of this filing, as response from counsel has not been received.

Wherefore, MMIC prays that the Court allow MMIC time to prepare and file a motion to set aside the Clerk's Entry of Default and respond to the allegations of the Plaintiff's Complaint and for all other relief necessary and proper in the premises.

Respectfully submitted:

ROCAP LAW FIRM LLC

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Motorist Mutual Insurance Company*

ROCAP LAW FIRM LLC
10293 North Meridian Street
Suite 175
Indianapolis, Indiana 46290-1130
(317) 846-0700
rar@rocap-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2020, a true and correct copy of the above and foregoing *Motion* was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all ECF-Registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

 /s/ Richard A. Rocap
Richard A. Rocap, #6333-49
*Attorney for Motorist Mutual Insurance Company*

ROCAP LAW FIRM LLC
10293 North Meridian Street, Suite 175
Indianapolis, IN 46290-1130
(317) 846-0700
rar@rocap-law.com