UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MESCO MANUFACTURING, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04875-JPH-MG |
| MOTORISTS MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court enters **FINAL JUDGMENT** in favor of Plaintiff Mesco Manufacturing, LLC ("Mesco") and against Defendant Motorist Mutual Insurance Company on Counts I (breach of contract) and II (declaratory judgment) of Mesco's Amended Complaint in the amount of $700,000.

Date: 1/29/2024

Roger A.G. Sharpe, Clerk
BY: _Carina Weed_
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.