IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MESCO MANUFACTURING, LLC, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) ) CAUSE NO. 1:19-cv-04875-JPH-MG |
| MOTORIST MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Motorist Mutual Insurance Company, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on January 29, 2024. ECF No. 123.

Respectfully submitted,

LEWIS WAGNER, LLP

*/s/ Eric C. McNamar*
ERIC C. MCNAMAR, #22467-49
EDMUND L. ABEL, 36394-49
*Attorneys for Defendant Motorist Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                                 /s/ *Eric C. McNamar*
                                                 ERIC C. MCNAMAR

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Phone: (317) 237-0500
Fax: (317) 630-2790
emcnamar@lewiswagner.com
eable@lewiswagner.com